UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE DEMETRIUS TATE, | No. C 10-1331 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| BOARD OF PRISON HEARINGS FORENSIC ASSESSMENT DIVISION, | |
| Defendant. | |

Clarence Demetrius Tate filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at the Ironwood State Prison in Blythe, California. Blythe is in Riverside County, within the venue of the Central District of California. The defendant is located in Sacramento and apparently resides in the Eastern District of California. No defendant is alleged to reside in the Northern District. Venue therefore would be proper in the Central District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: July 30, 2010

_____
SUSAN ILLSTON
United States District Judge